Case 5:26-cv-03004-JWL   Document 6   Filed 02/02/26   Page 1 of 1

**FILED**
U.S. District Court
District of Kansas
02/02/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LAWRENCE D. MARSHALL,**

**Plaintiff,**

v.                                            CASE NO. 26-3004-JWL

**KANSAS DEPARTMENT OF CORRECTIONS, et al.,**

**Defendants.**

## MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 5) to comply with the notice of deficiency (Doc. 3) issued on January 6, 2026 and submit the inmate account statement required to support his pending motions for leave to proceed in forma pauperis. The motion for extension of time will be granted and Plaintiff will be granted to and including March 5, 2026 to either pay the $405.00 filing fee or submit the inmate account statement. No further extensions will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 5) is **granted.** Plaintiff is granted to and including March 5, 2026 in which to submit his inmate account statement or pay the full filing fee.

**IT IS SO ORDERED.**

DATED: This 2nd day of February, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge