**FILED**
**U.S. District Court**
**District of Kansas**
04/07/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LAWRENCE D. MARSHALL,

       **Plaintiff,**

      **v.**
                                     CASE NO.  26-3004-JWL

KANSAS DEPARTMENT OF
CORRECTIONS, et al.,

      **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff and state prisoner Lawrence D. Marshall brought this pro se civil rights action under 42 U.S.C. § 1983 in January 2026. When Plaintiff filed his complaint (Doc. 1) and his motion for leave to proceed in forma pauperis (Doc. 2), he was incarcerated at Lansing Correctional Facility ("LCF") in Lansing, Kansas. (Doc. 1, p. 1.) Plaintiff did not provide the financial statement required to support his motion for leave to proceed in forma pauperis and, in light of the information provided by Plaintiff, the Court granted him additional time to do so. The memorandum and order granting Plaintiff additional time to file the inmate account statement was filed on February 2, 2026 and was mailed to Plaintiff at LCF the same day. (Doc. 6.)

On February 24, 2026, the memorandum and order was returned to the Court; the envelope was marked "Return to Sender[;] Not Deliverable as Addressed[;] Unable to Forward." (Doc. 7.) A handwritten notation on the envelope states: "Wichita – Parole." *Id.* The Clerk of this Court discovered that Plaintiff was—at that time—listed as an inmate on the website of the Sedgwick County Sheriff's Office, so the memorandum and order was remailed to Plaintiff at the Sedgwick County Jail. *Id.* The deadline for Plaintiff to provide his inmate account statement—March 5, 2026—passed and the Court received nothing from Plaintiff.

1

Thus, on March 9, 2026, the Court issued a notice and order to show cause ("NOSC") reminding Plaintiff of his obligation under the local rules to notify the Court in writing of any change of address. (Doc. 8.) The Court granted Plaintiff until and including March 30, 2026, to show cause, in writing, why this matter should not be dismissed without prejudice for lack of prosecution. *Id.* That deadline also passed without the Court receiving anything from Plaintiff.

On April 6, 2026, Plaintiff filed an out of time motion for extension of time (Doc. 9) explaining to the Court that he did not receive the Court's previous order in time to file a response. It appears from the motion that Plaintiff may now be incarcerated at Hutchinson Correctional Facility ("HCF")—Plaintiff explains that "The KDOC-HCF mail is being received in a very untimely manner." *Id.* Plaintiff's current address of record is LCF. If Plaintiff is now incarcerated at HCF, he is required by local rules to notify the Court, in writing, of his change of address. *See* D. Kan. R. 5.1(b)(3). Considering the confusion in this matter over Plaintiff's current address, the Court will direct Plaintiff to file, in this case, a written confirmation of his current address.

Plaintiff also advises that the Kansas Department of Corrections' centralized inmate banking has implemented a new software system that leaves them unable or unwilling to provide the inmate account statements required by this Court to support motions for leave to proceed in forma pauperis. (Doc. 9.) Thus, Plaintiff seeks an extension of time in which to provide the statement, with the provision that he will keep the Court informed of any development that allows him to provide it sooner. *Id.*

In light of the information in Plaintiff's motion, Plaintiff's motion for extension of time (Doc. 9) will be granted and Plaintiff will be given until and including July 7, 2026 to submit either (1) the required inmate account statement or (2) a status report on the availability of such a statement. Moreover, in the interest of efficiency, the Court will provisionally grant Plaintiff's

pending motions for leave to proceed in forma pauperis. (Docs. 2 and 4.) When Plaintiff files the inmate account statement, the Court will determine whether Plaintiff is financially eligible to proceed in forma pauperis and, if so, the Court may assess an initial partial filing fee at that time. For now, however, the Court will begin the statutorily required screening of the complaint and will issue further orders as necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff shall file, on or before **May 7, 2026**, a written confirmation of his current address.

**IT IS FURTHER ORDERED** that Plaintiff's motion for extension of time (**Doc. 9**) is **granted**. Plaintiff is granted until and including **July 7, 2026** to submit either (1) the required inmate account statement or (2) a status report on the availability of such a statement.

**IT IS FURTHER ORDERED** that Plaintiff's motions for leave to proceed in forma pauperis (**Docs. 2 and 4**) are **provisionally granted**. The Court will begin the statutorily required screening of the complaint and will issue further orders as necessary.

IT IS SO ORDERED.

Dated April 7, 2026, in Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

3